G. Frank Dougherty, Respondent, v. The Equitable Life Assurance Society of the United States, Appellant. (Actions Nos. 3, 10, 12, 13, 24, 25, 27, 37 and 47.)

Same, Appellant and Respondent, v. Same, Respondent and Appellant. (Actions Nos. 4 and 28.)

Lewis A. Pinkussohn, Respondent, v. Same, Appellant. (Actions Nos. 23, 29, 49, 54, 60, 69, 72, 74 and 100.)

Same, Appellant and Respondent, v. Same, Respondent and Appellant. (Action No. 112.)

Lewin Blechmann, Respondent, v. Same, Appellant. Louis E. Ramm, Respondent, v. Same, Appellant.

Corinne M. Rodkinson, as Executrix of Norbert M. Rodkinson, Deceased, Respondent, v. Same, Appellant.

Friedrich W. Suessman, Respondent, v. Same, Appellant.

Noussin A. Vitkoup, Respondent, v. Same, Appellant.

(Submitted February 25, 1935; decided March 5, 1935.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 266 N. Y. 71.)

Nisel A. Goldberg-Rudkowsky, Appellant and Respondent, v. The Equitable Life Assurance Society of the United States, Respondent and Appellant.

(Submitted February 25, 1935; decided March 5, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 266 N. Y. 451.)